**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ELISA MARIBEL GODINEZ-OROZCO #A215-694-622** | **CASE NO. 6:26-CV-02177 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MELLISSA HARPER ET AL** | **MAG. JUDGE MCCLUSKY** |

**ORDER**

Before the Court is a Report and Recommendation ("R&R") from the Magistrate Judge recommending that the Petitioner's request for habeas corpus be denied. (R. Doc. 16).

In the Court's considered judgment, the forthcoming en banc decision from the United States Court of Appeals for the Fifth Circuit in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026) regarding the scope and application of the due process clause will likely be dispositive in this matter. Accordingly, the Court declines to adopt the R&R at this time and stays this matter until *Sosnava Rodriguez* has been resolved.

Considering the foregoing,

**IT IS ORDERED** that this matter is **STAYED**;

**IT IS FURTHER ORDERED** that counsel shall **NOTIFY** the Court within three days of issuance of the opinion in *Sosnava Rodriguez* or of another material change in circumstance, including removal of the Petitioner;

**IT IS FURTHER ORDERED** that this matter is **ADMINISTRATIVELY CLOSED** until the stay is lifted.

THUS DONE in Chambers on this 19th day of October, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE